UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARMAINE M. GRAEZ, | No. 2:15-cv-2144 CKD P |
| Plaintiff, | |
| v. | ORDER AND |
| HAGEN, et al., | FINDINGS AND RECOMMENDATIONS |
| Defendants. | |

On October 19, 2015, plaintiff was ordered to file a certified copy of her prison trust account statement within 30 days. The thirty day period has now expired, and plaintiff has not responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district court judge to this case; and

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings

/////

/////

1

1  and Recommendations." The parties are advised that failure to file objections within the specified
2  time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153
3  (9th Cir. 1991).

Dated: January 4, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
hage2144.fifp